IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**MARIO BENNETT**  **PETITIONER**
**ADC #123269**

v.   **CASE NO: 5:12CV00368 BSM**

**RAY HOBBS, Director of the**  **RESPONDENT**
**Arkansas Department of Correction**

### ORDER

The proposed findings and recommended disposition [Doc. No. 8] submitted by United States Magistrate Judge H. David Young and the objections thereto have been reviewed. After careful consideration and a *de novo* review of the record, it is found that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety.

IT IS THEREFORE ORDERED THAT:

1. Mario Bennett's petition for writ of habeas corpus [Doc. No. 1] is dismissed with prejudice.

2. In accordance with Rule 11(a) of the Rules Governing Section 2254 Cases In The United States District Courts, a certificate of appealability is denied.

Dated this 17th day of December 2012.

_____
UNITED STATES DISTRICT JUDGE